IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03399-BNB

RYAN DECOTEAU,
ANTHONY GOMEZ, and
DOMINIC DURAN, On Behalf of Themselves and Others Similarly Situated,

    Plaintiffs,

v.

RICK RAEMISCH, In his Official Capacity as the Executive Director of the Colorado
    Department of Corrections, and
TRAVIS TRANI, In his Official Capacity as the Warden of the Colorado State
    Penitentiary and the Centennial Correctional Facility,

    Defendants.

## ORDER DRAWING CASE

After review pursuant to D.C.COLO.LCivR 8.2C, the Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.2D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED December 20, 2013, at Denver, Colorado.

                                    BY THE COURT:

                                    s/ Boyd N. Boland
                                    United States Magistrate Judge