**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 13-cv-3399-WJM-KMT

RYAN DECOTEAU,
ANTHONY GOMEZ, and
DOMINIC DURAN

    Plaintiff,

v.

RICK RAEMISCH, in his official capacity as the Executive Director of the Colorado Department of Corrections, and
TRAVIS TRANI, in his official capacity as the Warden of the Colorado State Penitentiary and Centennial Correctional Facility

    Defendants.

---

**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO APPEAR**

---

    This matter is before the Court on the Plaintiffs' Unopposed Motion for Leave to Appear filed March 7, 2014 (ECF No. 23). The Court having reviewed the Motion and being fully advised hereby ORDERS as follows:

    The Plaintiffs' Unopposed Motion is GRANTED. Student attorneys Ryan Burchell, Rachel Martin, and Amelia Messegee are permitted to appear before this Court representing Plaintiffs Ryan Decoteau, Anthony Gomez, and Dominic Duran pursuant to D.C.COLO.LAttyR 14(a)(1). The Student Attorneys shall represent the Plaintiffs in this case under the supervision of attorneys Lindsey Webb and Lauren Fontana.

Dated this 11th day of March, 2014.

BY THE COURT:

_____
William J. Martínez
United States District Judge