**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 13-cv-3399-WJM-KMT

RYAN DECOTEAU,
ANTHONY GOMEZ, and
DOMINIC DURAN

      Plaintiff,

v.

RICK RAEMISCH, in his official capacity as the Executive Director of the Colorado
Department of Corrections, and
TRAVIS TRANI, in his official capacity as the Warden of the Colorado State
Penitentiary and Centennial Correctional Facility

      Defendants.

---

## ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO APPEAR

---

This matter is before the Court on the Plaintiffs' Unopposed Motion for Leave to

Appear filed September 5, 2014 (ECF No. 38).  The Court having reviewed the Motion

and being fully advised hereby ORDERS as follows:

The Plaintiffs' Unopposed Motion is GRANTED.  Student attorney Jenny

Vultaggio are permitted to appear before this Court representing Plaintiffs Ryan

Decoteau, Anthony Gomez, and Dominic Duran pursuant to D.C.COLO.LAttyR

14(a)(1).  The Student Attorney shall represent the Plaintiffs in this case under the

supervision of attorneys Lindsey Webb and Lauren Fontana.

Dated this 8th day of September, 2014.

BY THE COURT:

_____
William J. Martínez
United States District Judge

2