**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 13-cv-3399-WJM-KMT

RYAN DECOTEAU,
ANTHONY GOMEZ, and
DOMINIC DURAN,

    Plaintiffs,

v.

RICK RAEMISCH, in his official capacity as the Executive Director of the Colorado Department of Corrections, and
TRAVIS TRANI, in his official capacity as the Warden of the Colorado State Penitentiary and Centennial Correctional Facility,

    Defendants.

---

**ORDER REQUIRING CLASS MEMBER CHRIS GREEN TO SUPPLEMENT HIS MOTION FOR TRANSPORTATION**

---

    Before the Court is a letter received on December 30, 2015 which the Court will refer to as the "Motion for Transportation." (ECF No. 120.) The Motion for Transportation was written by Chris Green, an inmate at the Sterling Correctional Facility who claims to be a member of the inmate class that will be affected by the pending Proposed Settlement Agreement. Green requests that he be transported to the June 29, 2016 Fairness Hearing "to object to the settlement & speak at the hearing." (*Id.* at 1.)

    Considering Green's request, the Court ORDERS as follows:

1. By letter postmarked no later than **January 29, 2016**, Green shall supplement his Motion for Transportation by explaining:

    a.     his objection to the Proposed Settlement; and

    b.     why he needs to be physically present at the Fairness Hearing to make that objection.

2. Class Counsel's and Defendants' obligation to respond to the Motion for Transportation is hereby suspended, and will be reinstated by further order of the Court once it receives Green's supplement.

Dated this 4th day of January, 2016.

BY THE COURT:

*[signature]*

William J. Martinez
United States District Judge