IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Civil Action No. 13-cv-3399-WJM-KMT

RYAN DECOTEAU,
ANTHONY GOMEZ, and
DOMINIC DURAN,

    Plaintiffs,

v.

RICK RAEMISCH, in his official capacity as the Executive Director of the Colorado Department of Corrections, and
TRAVIS TRANI, in his official capacity as the Warden of the Colorado State Penitentiary and Centennial Correctional Facility,

    Defendants.

## ORDER REQUIRING CLASS MEMBER JAMES WOROSELLO TO SUPPLEMENT HIS MOTION FOR TRANSPORTATION

    Before the Court is a letter received on January 11, 2016, which the Court will refer to as the "Motion for Transportation." (ECF No. 125.) The Motion for Transportation was written by James Worosello, an inmate at the Sterling Correctional Facility who claims to be a member of the inmate class that will be affected by the pending Proposed Settlement Agreement. Worosello requests that he be transported to the June 29, 2016 Fairness Hearing to "talk at the hearing." (*Id.* at 1.)

    Worosello's Motion for Transportation mostly discusses previous occasions when Sterling staff have denied him recreation time. He does not state any obvious objection to the Proposed Settlement (although he briefly argues that "utilizing of cages" is "inhuma[ne] treatment" (*see id.* at 2), which may be a reference to the Proposed

Settlement's plan to create outdoor exercise cages for Restricted Housing prisoners).

The Court therefore ORDERS as follows:

1. By letter postmarked no later than **February 12, 2016**, Worosello shall supplement his Motion for Transportation by explaining:

    a. his specific objections to the Proposed Settlement (*not* his personal complaints regarding past treatment); and

    b. why he needs to be physically present at the Fairness Hearing to explain those objections.

2. Class Counsel's and Defendants' obligation to respond to Worosello's Motion for Transportation is hereby suspended, and will be reinstated by further order of the Court once it receives Worosello's supplement.

Dated this 12th day of January, 2016.

BY THE COURT:

*[signature]*

William J. Martinez
United States District Judge