**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 13-cv-3399-WJM-KMT

RYAN DECOTEAU,
ANTHONY GOMEZ, and
DOMINIC DURAN,

    Plaintiffs,

v.

RICK RAEMISCH, in his official capacity as the Executive Director of the Colorado Department of Corrections, and
TRAVIS TRANI, in his official capacity as the Warden of the Colorado State Penitentiary and Centennial Correctional Facility,

    Defendants.

## ORDER REQUIRING CLASS MEMBER ERIC LEE ROBERTS TO SUPPLEMENT HIS MOTION FOR TRANSPORTATION

    Before the Court is a letter received on February 2, 2016, which the Court will refer to as the "Motion for Transportation." (ECF No. 133.) The Motion for Transportation was written by Eric Lee Roberts, an inmate at the Colorado State Penitentiary ("CSP") who claims to be a member of the inmate class that will be affected by the pending Proposed Settlement Agreement. Roberts requests that he be transported to the June 29, 2016 Fairness Hearing "to further discuss my thoughts about how MCU[1] [a]ffects me individually." (*Id.* at 1.)

    Roberts's Motion for Transportation mostly discusses previous occasions of alleged unfair treatment by CSP staff and alleged violence against him by other

---

[1] The Court understands "MCU" to mean "management control unit," a particular prisoner housing status.

inmates. He does not state any obvious objection to the Proposed Settlement, which is intended to address inmates' outdoor exercise needs, not prison conditions generally.

The Court therefore ORDERS as follows:

1. By letter postmarked no later than **February 26, 2016**, Roberts shall supplement his Motion for Transportation by explaining:

    a. his specific objections to the Proposed Settlement (*not* his personal complaints regarding past treatment or other conditions at CSP); and

    b. why he needs to be physically present at the Fairness Hearing to explain those objections.

2. Class Counsel's and Defendants' obligation to respond are governed by this Court's order entered January 19, 2016 (ECF No. 130).

Dated this 3rd day of February, 2016.

BY THE COURT:

William J. Martinez
United States District Judge