**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 13-cv-3399-WJM-KMT

RYAN DECOTEAU,
ANTHONY GOMEZ, and
DOMINIC DURAN,

    Plaintiffs,

v.

RICK RAEMISCH, in his official capacity as the Executive Director of the Colorado Department of Corrections, and
TRAVIS TRANI, in his official capacity as the Warden of the Colorado State Penitentiary and Centennial Correctional Facility,

    Defendants.

---

**ORDER REQUIRING CLASS MEMBER EMMANUEL C. THEUS-ROBERTS TO SUPPLEMENT HIS MOTION FOR TRANSPORTATION**

---

    Before the Court is a letter received on February 18, 2016, which the Court will refer to as the "Motion for Transportation." (ECF No. 133.) The Motion for Transportation was written by Emmanuel C. Theus-Roberts, an inmate at the Sterling Correctional Facility ("SCF") who claims to be a member of the inmate class that will be affected by the pending Proposed Settlement Agreement. Theus-Roberts requests that he be transported to the June 29, 2016 Fairness Hearing to speak "regarding . . . C.D.O.C.'s non-compliance [with] and misinterpretations of" the Proposed Settlement Agreement. (*Id.* at 1.) Theus-Roberts, however, does not state any obvious objection to the Proposed Settlement.

    The Court therefore ORDERS as follows:

1. By letter postmarked no later than **March 11, 2016**, Theus-Roberts shall supplement his Motion for Transportation by explaining:

    a. his specific objections to the Proposed Settlement, if any;

    b. the alleged "non-compliance [with] and misinterpretations of" the Proposed Settlement Agreement he has observed; and

    c. why he needs to be physically present at the Fairness Hearing to explain his objections.

2. Class Counsel's and Defendants' obligation to respond is governed by this Court's order entered January 19, 2016 (ECF No. 130).

Dated this 19th day of February, 2016.

BY THE COURT:

William J. Martinez
United States District Judge