**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 13-cv-3399-WJM-KMT

RYAN DECOTEAU,
ANTHONY GOMEZ, and
DOMINIC DURAN,

 Plaintiffs,

v.

RICK RAEMISCH, in his official capacity as the Executive Director of the Colorado Department of Corrections, and
TRAVIS TRANI, in his official capacity as the Warden of the Colorado State Penitentiary and Centennial Correctional Facility,

 Defendants.

## ORDER REQUIRING CLASS MEMBER HERBERT SHANE DAILY TO SUPPLEMENT HIS MOTION FOR TRANSPORTATION

 Before the Court is a letter received on April 6, 2016, which the Court will refer to as the "Motion for Transportation." (ECF No. 143.) The Motion for Transportation was written by Herbert Shane Daily, an inmate at the Colorado State Penitentiary ("CSP") who claims to be a member of the inmate class that will be affected by the pending Proposed Settlement Agreement. Daily requests that he be transported to the June 29, 2016 Fairness Hearing to speak at the hearing because "[t]he fact that CDOC denied and continues to deny any and all wrongdoing should not be permitted." (*Id.* at 1.) This objection, by itself, is not specific enough for the Court to evaluate whether Daily should be permitted to speak at the hearing.

 The Court therefore ORDERS as follows:

1.  By letter postmarked no later than **May 6, 2016**, Daily shall supplement his Motion for Transportation by explaining:

    a.  the specific injury he would face by CDOC's continued denial of wrongdoing, and what alternative(s) he proposes; and

    b.  why he needs to be physically present at the Fairness Hearing to explain his objections.

2.  Class Counsel's and Defendants' obligation to respond is governed by this Court's order entered January 19, 2016 (ECF No. 130).

Dated this 7th day of April, 2016.

BY THE COURT:

William J. Martinez
United States District Judge