**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 13-cv-3399-WJM-KMT

RYAN DECOTEAU,
ANTHONY GOMEZ, and
DOMINIC DURAN,

    Plaintiffs,

v.

RICK RAEMISCH, in his official capacity as the Executive Director of the Colorado Department of Corrections, and
TRAVIS TRANI, in his official capacity as the Warden of the Colorado State Penitentiary and Centennial Correctional Facility,

    Defendants.

**ORDER REQUIRING CLASS MEMBER ISAAC BENAVIDEZ TO SUPPLEMENT HIS MOTION FOR TRANSPORTATION**

    Before the Court is a letter filed on April 14, 2016, which the Court will refer to as the "Motion for Transportation." (ECF No. 146.) The Motion for Transportation was written by Isaac Benavidez, an inmate at the Sterling Correctional Facility ("SCF") who claims to be a member of the inmate class that will be affected by the pending Proposed Settlement Agreement. Benavidez requests that he be transported to the June 29, 2016 Fairness Hearing to speak there. This request is not specific enough for the Court to evaluate whether Benavidez should be permitted to speak at the hearing.

    The Court therefore ORDERS as follows:

1.     By letter postmarked no later than **May 6, 2016**, Benavidez shall supplement his Motion for Transportation by explaining:

    a.    his specific objections to the Proposed Settlement; and

    b.    why he needs to be physically present at the Fairness Hearing to explain his objections.

2. Class Counsel's and Defendants' obligation to respond is governed by this Court's order entered January 19, 2016 (ECF No. 130).

Dated this 15th day of April, 2016.

BY THE COURT:

William J. Martinez
United States District Judge